# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIALYSIS PATIENT CITIZENS<br>1001 Connecticut Avenue, N.W., Suite #1230<br>Washington, D.C. 20036<br><br>DAVITA, INC.<br>2000 16th St.<br>Denver, CO 80202<br><br>FRESENIUS MEDICAL CARE HOLDINGS,<br>INC. d/b/a Fresenius Medical Care North America<br>920 Winter Street<br>Waltham, MA 02451<br><br>U.S. RENAL CARE, INC.<br>5851 Legacy Circle, Suite #900<br>Plano, TX 75024<br><br>　　　　　　　　　　　　*Plaintiffs*,<br>　　v.<br><br>ALEX AZAR, Secretary, United States<br>Department of Health and Human Services<br>Hubert H. Humphrey Building<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES<br>Hubert H. Humphrey Building<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>SEEMA VERMA, Administrator, Centers for<br>Medicare and Medicaid Services<br>7500 Security Boulevard<br>Baltimore, MD 21244<br><br>CENTERS FOR MEDICARE AND<br>MEDICAID SERVICES<br>7500 Security Boulevard<br>Baltimore, MD 21244<br>　　　　　　　　　　　　*Defendants.* | ))))))))))))))))))))))))))))))))))))))) | Civil Action No. 1:20-cv-01664-TSC |

## CORPORATE DISCLOSURE STATEMENT

Case No. 1:20-cv-01664-TSC, *Dialysis Patient Citizens v. Azar et al.*

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for DaVita Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of DaVita Inc. which have any outstanding securities in the hands of the public:

DaVita is a publicly traded company. DaVita does not have a parent corporation. More than 10% of DaVita's stock is owned by Berkshire Hathaway, Inc., which is a publicly held company.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of Record for DaVita Inc.

Dated: July 14, 2020

Respectfully submitted,

By:   */s/ Kelly P. Dunbar*
Kelly P. Dunbar, Bar # 500038
Ari Holtzblatt, Bar # 1009913
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000

*Counsel for DaVita Inc.*