UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIALYSIS PATIENT CITIZENS, *et al.*           )
                                              )
                    Plaintiffs,               )
                                              )
        v.                                    )   Civil Action No. 1:20-cv-01664-TSC
                                              )
ALEX M. AZAR II, Secretary of Health          )
and Human Services, *et al.*                  )
                                              )
                    Defendants.               )

## DECLARATION OF ZACHARY DOLZANI

1. I, Zachary Dolzani, respectfully submit this declaration in support of Plaintiffs' Motion For Summary Judgment and Opposition To Defendants' Motion To Dismiss and Cross-Motion for Summary Judgment. I make this declaration based upon my knowledge of the facts stated herein.

2. I am a Senior Director at DaVita Inc. ("DaVita") in the Insurance Management group. In this role, I have responsibility for the delivery of insurance education to DaVita patients, including education concerning Original Medicare and Medicare Advantage. In my role, I am also familiar with and kept apprised of DaVita's contract negotiations with insurance companies, including Medicare Advantage organizations.

3. I assumed my current position in October 2019. Before then, I was a Director at DaVita in the Insurance Management group. I have been with DaVita since 2012.

4. In my position, I have extensive experience with insurance coverage, network adequacy, and Medicare Advantage organizations.

Declaration of Zachary Dolzani - 1

**Exhibit A**

5. Based upon my personal knowledge, my review of relevant records and of information provided to me in my capacity as Sr. Director in the Insurance Management team, information provided to me in connection with the submission of this declaration, and my knowledge of the kidney dialysis industry, I am familiar with the information in this declaration, including the harms that DaVita itself will suffer as a result of the Centers for Medicare and Medicaid Services final rule ("Final Rule"), which amended network adequacy standards for MA plans by removing outpatient dialysis facilities from the list of services subject to time-and-distance requirements. I have read and analyzed the relevant provisions of the Final Rule.

6. Historically, ESRD patients were generally prohibited for years from enrolling in MA plans. 42 U.S.C. § 1395w-21(a)(3)(B) (prior version, Dec. 12, 2016). In 2016, Congress enacted the 21st Century Cures Act ("Cures Act"), which expressly repealed this prohibition, to become effective in the 2021 plan year. *See* § 17006, Pub. L. 114-255, 130 Stat. 1033, 1334-1336 (Dec. 13, 2016).

7. The annual Medicare open enrollment period for the 2021 plan year began on October 15, 2020, and continues until December 7, 2020. During this period—for the first time—ESRD patients may switch from Original Medicare to MA, and may switch from one MA plan to another. The annual MA open enrollment period begins January 1, 2021, and continues until March 31, 2021. During this period, ESRD patients who are already enrolled in MA (for example, because they were already enrolled in an MA plan when they developed ESRD) may switch to Original Medicare or a different MA plan.

8. DaVita negotiates with MA organizations to enter into provider agreements, which determine whether DaVita will be in-network, what DaVita's reimbursement rates will be, and other applicable terms.

9. DaVita has been in Humana's MA network for at least part of the country since 2005, and more comprehensively since 2007—before CMS adopted quantitative time-and-distance standards in 2011. ███

10. ███

11. ███

12. ███

13. ███

14. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The situation in Texas is illustrative. DaVita operates approximately 36% of dialysis clinics in Texas. Humana has approximately 30% of the MA market. If DaVita is not an in-network provider, many patients would not choose a Humana MA plan if they cannot have access to DaVita's large network in Texas. And for many patients, that may mean not choosing MA at all, but staying in Original Medicare.

15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Some insurance plans are better suited to a patient's particular needs—whether because of cost, coverage for other medical conditions, or network design—so it is important that DaVita patients have the flexibility to choose between multiple plans without being forced to find a new dialysis provider. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Declaration of Zachary Dolzani - 4

\*       \*       \*

17.    My statements above are true and accurate to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of October, 2020, in ___Denver, Colorado___.

*Zachary Dolzani*
Zachary Dolzani

Declaration of Zachary Dolzani - 5