## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIALYSIS PATIENT CITIZENS, et al. | ) |
| | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| | ) Civil Action No. 1:20-cv-01664-TSC |
| ALEX AZAR, Secretary, United States Department of Health and Human Services, et al. | ) |
| | ) |
| *Defendants*. | ) |

### DECLARATION OF PHYLLIS LENSS

I, Phyllis Lenss, solemnly declare under penalty of perjury and to the best of my knowledge, information, and belief as follows:

1. I am over 18 years of age, and I provide the testimony in this declaration based on my personal knowledge.

2. I am a resident of Rochester, Minnesota.

3. I am fifty-six years old, and I work about forty hours a week on the family farm managing horses and crops with my brother and mother, whose health has been deteriorating. We have considered hiring help because the work is overwhelming for the three of us alone.

4. My husband died a year ago, and my two children live in Chicago and Florida.

5. I was diagnosed with End-Stage Renal Disease about a year ago, in 2019, and have been on dialysis since then.

6. I have been a member of Dialysis Patient Citizens for at least six months.

7. I attempted peritoneal dialysis at home for a while, but it caused intolerable stomach pains that kept me up at night. Now, I pay for a taxi to travel to my DaVita clinic about twenty

**Exhibit B**

minutes away, which is the closest facility to my home. The trip costs about $40 roundtrip. I receive hemodialysis treatment there three days per week.

8. I am enrolled in Medicare Advantage and am insured by Humana.

9. █████████████████████████████████████████████████████████████

10. I would like to stay on Medicare Advantage because of the access to expanded benefits, care coordination, and lower out-of-pocket costs. If I were to switch to traditional Medicare, I am likely to pay more in out-of-pocket costs, and would I miss out on the extra benefits that Medicare Advantage offers.

11. But I would also like to keep my current facility. It is the closest one to me, which is particularly important considering I have to take a taxi to my treatments, and a farther drive would mean higher travel costs. I also really like the nurses and staff at my facility.

12. Moreover, changing plans or providers is a complicated and confusing process.

13. I will not enroll in a plan if it is uncertain whether my current outpatient dialysis facility will be in network or approved at in-network costs.

Pursuant to the requirements of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____                    _____
Date                                                          Phyllis Lenss

2

10. I would like to stay on Medicare Advantage because of the access to expanded benefits, care coordination, and lower out-of-pocket costs. If I were to switch to traditional Medicare, I am likely to pay more in out-of-pocket costs, and would I miss out on the extra benefits that Medicare Advantage offers.

11. But I would also like to keep my current facility. It is the closest one to me, which is particularly important considering I have to take a taxi to my treatments, and a farther drive would mean higher travel costs. I also really like the nurses and staff at my facility.

12. Moreover, changing plans or providers is a complicated and confusing process.

13. I will not enroll in a plan if it is uncertain whether my current outpatient dialysis facility will be in network or approved at in-network costs.

Pursuant to the requirements of 28 U.S.C. § 1746, I declare under penalty of perjury that
the foregoing is true and correct to the best of my knowledge and belief.

October 15
2020
Date

*Phyllis Lenss* (signature)

Phyllis Lenss

*Phyllis Lenss*

2