UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIALYSIS PATIENT CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR II, Secretary of Health and Human Services, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-1664 (TSC) |

## **PROPOSED ORDER**

Upon consideration of Defendants' motion to strike and the memoranda in support thereof and in opposition thereto, it is hereby **ORDERED** that Defendants' motion is GRANTED.

It is further **ORDERED** that paragraphs 9 through 16 of the Dolzani Declaration, the documents attached to the Dolzani Declaration, and paragraph 9 of the Lenss Declaration, and any reference to this material in Plaintiffs' Opposition to Defendants' Motion to Dismiss and Cross-Motion for Summary Judgment and Reply In Support of Plaintiffs' Motion for Summary Judgment is hereby STRICKEN.

Dated: _____

_____
The Honorable Tanya S. Chutkan
United States District Judge